

**DAVID A. HOWARD P.A.**
ATTORNEY AT LAW

Ingraham Building
25 SE Second Avenue
Suite 1100
Miami, FL 33131

June 20, 2018

Tel: (786) 360-6056
Fax: (305) 536-2170
Web: www.davidhowardlaw.com

**Via ECF**

Honorable Allison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**SO ORDERED:** 6/22/18

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

*SO ORDERED*

Re: United States v. Siva et al., 1:17-cr-0503 (AJN)

Dear Judge Nathan:

I represent Mr. Rodriguez in the above-captioned matter. I am writing to request the Court's permission for Mr. Rodriguez to travel to Atlanta, Georgia from Monday, June 25, 2018, to June 27, 2018. The trip is needed for work purposes (public schools event) and Mr. Rodriguez will be staying at the Hilton Atlanta Airport Hotel. He will be traveling to Atlanta via Delta flight 2405 on June 25, 2018, and returning to Miami via American Airlines flight 592 on June 27, 2018.

*SO ORDERED*

Additionally, Mr. Rodriguez also needs to travel for business purposes (tutoring opportunity) to San Diego, Los Angeles, and San Francisco, California on July 15, 2018, through July 24, 2018. While in San Diego he will be staying at the Marriott Marquis San Diego Marina from July 15, 2018, through July 18, 2018; while in Los Angeles he will be staying at the Los Angeles Airport Marriott from July 18, 2018, through July 21, 2018; and while in San Francisco he will be staying at the San Francisco Airport Marriott Waterfront from July 21, 2018, through July 24, 2018. Mr. Rodriguez will depart Miami via American Airlines flight number 2674 on Sunday, July 15, 2018, and return to Miami on July 24, 2018, via United Airlines flight number 2128.

Neither AUSA Andrea Griswold nor Probation Officer Gavin Churchill from the Southern District of Florida objects to this request.

I apologize to the Court for the tardiness of this request; the fault is mine, and not of Mr. Rodriguez.

Thank you for your consideration.

Respectfully submitted,

*David A. Howard*

David A. Howard

DAH/gr