

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2018

**BY ECF AND EMAIL**
Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States* v. *Michael Siva et al.*, 17 Cr. 503 (AJN)

Dear Judge Nathan:

    Defendant Roberto Rodriguez pled guilty on September 7, 2018 before Magistrate Judge Henry B. Pitman. The Government respectfully requests that Your Honor accept this guilty plea. Enclosed for Your Honor's consideration are (1) a proposed Order accepting this guilty plea; and (2) a transcript of the plea allocution.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By: *[signature]*
    Andrea M. Griswold / Samson Enzer
    Assistant United States Attorneys
    (212) 637-1205 / -2342

cc:  All counsel of record