

**DAVID A. HOWARD P.A.**
ATTORNEY AT LAW

Ingraham Building
25 SE Second Avenue
Suite 1100
Miami, FL 33131

Tel: (786) 360-6056
Fax: (305) 536-2170
Web: www.davidhowardlaw.com

April 26, 2019

*Via* **CM/ECF**

Honorable Alison J. Nathan
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States v. Roberto Rodriguez*, Case No. 17-cr-00503-AJN
            *Request for Extension of Surrender Date*

Dear Judge Nathan:

    I write on behalf of Defendant Roberto Rodriguez to request a 45-day extension of time for him to surrender for service of the prison sentence imposed in the above-referenced case.

    Mr. Rodriguez is scheduled to report before 2:00 PM on May 21, 2019.

    Concerning family circumstances, three of Mr. Rodriguez' four children graduate in early June, one from Pre-K, another from lower school and the third from middle school. Concerning his professional obligations, Mr. Rodriguez administers an in-home tutoring program which closes out on June 18, 2019, at the end of the school year. Mr. Rodriguez would like to attend his children's graduations and would also like to be available to assist with closing out the tutoring program he administers.

    For the foregoing reasons, Mr. Rodriguez respectfully moves the Court for a 45-day extension of time to for him to surrender for service of his sentence.

    Undersigned has conferred with Assistant United States Attorney Andrea Grisworld, who has authorized undersigned to represent that she has not objection to the relief sought.

    Thank you for your consideration of this request.

                                                       Sincerely,

                                                       */s/ David A. Howard*
                                                       David A. Howard, Esq.
                                                       Attorney for Defendant Roberto Rodriguez