USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/2/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

–v–

Roberto Rodriguez,

Defendant.

17-cr-503 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received Mr. Rodriguez's letter motion for early termination of supervised release. Dkt. No. 189. The Government is ordered to respond by September 16, 2021. Mr. Rodriguez will then have until September 23, 2021 to file a reply, if he so chooses.

SO ORDERED.

Dated: September 2, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1