USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States,

—v—

Roberto Rodriguez,

Defendant.

17-cr-503 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 1, 2020, Mr. Rodriguez filed a Letter Motion for Early Termination of his supervised release. Dkt. No.189. The Court ordered the Government to respond by September 16, 2021. Dkt. No. 190. On September 17, 2021, Mr. Rodriguez moved for his motion to be granted because it has not been opposed by the Government. Dkt. No. 193. As of the morning of September 20, 2021, the Court still has not received a response from the Government or any objections to Mr. Rodriguez's motion.

Mr. Rodriguez has fully complied with all conditions of his supervised release and has served more than half of his two-year supervised release term. Neither Mr. Rodriguez's probation officer nor the United States Attorney's Office have made any objection to this request. In light of the foregoing, this motion is GRANTED.

SO ORDERED.

Dated: September 20, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge

2